NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**AUGUSTINE PEREZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5129

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-821, Judge Francis M. Allegra.

---

## ON MOTION

---

Before BRYSON, MAYER, and LINN, *Circuit Judges.*

PER CURIAM.

### ORDER

Augustine Perez moves for reconsideration of the court's order summarily affirming the judgment of the United States Court of Federal Claims and requests reconsideration en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration by the panel is denied.

(2) The request for en banc reconsideration shall be circulated to the court.

FOR THE COURT

NOV 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Augustine Perez
    Lauren S. Moore, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 9 2012

JAN HORBALY
CLERK